UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-00018 |
| | ) | Chief Judge Haynes |
| MICHAEL EDWARD SMITH | ) | |

MOTION TO RE-SET REVOCATION HEARING

Comes now counsel for Mr. Smith and hereby moves the Court to re-set the revocation hearing in this case from the current date of May 30, 2014, to June 6, 2014. This matter was originally set on May 12, 2014, but was continued to May 30th at the request of the government due to Ms. Phillips' unavailability on that date. However, counsel for Mr. Smith will be out of state on May 30th at the annual conference of federal public defenders. Counsel has checked with Assistant United States Attorney Debra Phillips who advises that she has no objection to re-setting the hearing to June 6th.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2014, I electronically filed the foregoing Motion to Re-set Revocation Hearing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable Debra T. Phillips, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203.

*s/ Sumter L. Camp*
SUMTER L. CAMP