UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:02CR00018 |
| v. ) | CHIEF JUDGE WILLIAM J. HAYNES |
| ) | |
| MICHAEL EDWARD SMITH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due consideration of the facts and history of this case and of the violation to which Mr. Michael Edward Smith admitted, the Court hereby finds as follows:

Mr. Smith is guilty of violating his Supervised Release Conditions as set forth at Docket Entry 99. He admitted that his actions stemmed from stressful situations and pressure from outside persons.

Mr. Smith has been sentenced by the State Court on the related charges to a period of 2 years and 1 month.

Mr. Smith has been incarcerated on the related State charges since May, 2013.

Mr. Smith is in need of psychological and/or psychiatric evaluation and treatment to enable him to reintegrate successfully into society and to help him address and handle stress.

Therefore, the Court Orders that the Defendant is sentenced to time served, with a period of three (3) years supervised release to follow the conclusion of his state sentence. The Court further Orders that the Defendant is to meet with a psychologist and/or a psychiatrist for examination and treatment and to assist in regulation of any medication. The Court recommends

Cumberland, but treatment by a facility in Nashville will also be acceptable if the United States Probation and Pretrial Services deem it to be a more appropriate facility.

The Court further advises that if Mr. Smith does well under the supervision of a psychologist and/or psychiatrist, it will entertain a motion for early discharge from supervised release.

So ORDERED this 10th day of July, 2014

William J. Haynes, Jr.
Chief United States District Judge